IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANMARION L. LOFTON,

    Plaintiff,

v.

JANESVILLE POLICE DEPARTMENT,
ROCK COUNTY JAIL, and
ROCK COUNTY JAIL MEDICAL,

    Defendants.

ORDER

Case No. 19-cv-371-wmc

On October 11, 2019, the court dismissed *pro se* plaintiff Janmarion Lofton's complaint without prejudice, giving him until November 1, 2019, to file an amended complaint that identified defendants subject to suit under 42 U.S.C. § 1983 and satisfied the requirements of Federal Rule of Civil Procedure 8. (Dkt. #7.) The court warned Lofton that his failure to file an amended complaint by that deadline would result in the court dismissing this lawsuit with prejudice for failure to state a claim upon which relief may be granted. (*Id.* at 4.) That deadline has passed, and Lofton has not filed a proposed amended complaint, nor has he filed a motion seeking an extension of the November 1, 2019, deadline or otherwise contacted the court.

Lofton may not have received the court's orders or defendants' motions because when the court mailed Lofton the October 11, 2019, order, it was returned to the court as undeliverable. However, it is not the obligation of the court to search for litigants; rather, it is the litigant's responsibility to advise the court of any change to his or her contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593, 2008 WL 4922422

1

(7th Cir. 2008) (affirming denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that "all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("[A] litigant who invokes the processes of the federal courts is responsible for maintaining communication with the court during the pendency of the lawsuit."). Accordingly, since Lofton has failed to apprise the court of his current address and he has not filed an amended complaint as directed by the court, the court will dismiss this case with prejudice for failure to state a claim upon which relief can be granted.

ORDER

IT IS ORDERED that:

1. Plaintiff Janmarion Lofton's complaint is DISMISSED with prejudice.

2. The clerk of court is directed to close this case.

Entered this 31st day of December, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge