IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANMARION L. LOFTON,

    Plaintiff,

  v.

Case No. 19-cv-371-wmc

JANESVILLE POLICE DEPARTMENT,
ROCK COUNTY JAIL, and
ROCK COUNTY JAIL MEDICAL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 12/31/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |